IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>**RADIOSHACK CORPORATION, et al.,**[9]<br><br>Debtors. | Chapter 11<br><br>Case No. 15-10197 (BLS)<br><br>Jointly Administered |
| Salus Capital Partners, LLC, in its capacity as Agent,<br><br>Plaintiff,<br><br>V.<br><br>Standard Wireless Inc.; General Wireless Inc.; Standard General L.P.; General Retail Holdings L.P.; General Retail Funding LLC; Litespeed Master Fund, Ltd.; Litespeed Management, L.L.C.; Cantor Fitzgerald Securities LLC; Bluecrest Multi Strategy Credit Master Fund Limited; DW Catalyst Master Fund, Ltd.; DW Value Master Fund, Ltd.; Saba Capital Management, LL; Macquarie Credit Nexus Master Fund Limited; Taconic Opportunity Master Fund L.P.; Taconic Master Fund 1.5 L.P.; T. Rowe Price Associates, Inc.; Mudrick Capital Management, LP.; And Jon Does #1-50,<br><br>Defendants. | Adv. No. 15-50239 (BLS) |

---

[9] The Debtors include the following entities: RadioShack Corporation; Atlantic Retail Ventures, Inc.; Ignition L.P.; ITC Services, Inc.; Merchandising Support Services, Inc.; RadioShack Customer Service LLC; RadioShack Global Sourcing Corporation; RadioShack Global Sourcing Limited Partnership; RadioShack Global Sourcing, Inc.; RS Ig Holdings Incorporated; RSIgnite, LLC; SCK, Inc.; Tandy Finance Corporation; Tandy Holdings, Inc.; Tandy International Corporation; TE Electronics LP; Trade and Save LLC; and TRS Quality, Inc.

# ORDER

Upon consideration of the Motions to Dismiss filed by Litespeed [Adv. D.I. 38], the ABL Lenders [Adv. D.I. 39], Cantor Fitzgerald [Adv. D.I. 43] (the "Motions to Dismiss") seeking an order dismissing the Complaint that commenced the above-captioned adversary proceeding pursuant to Rule 12 of the Federal Rules of Civil Procedure; and the related pleadings [Adv. D.I. 53, 57, 58, 59]; and for the reasons set forth in the accompanying Opinion, it is hereby

**ORDERED,** that Motions to Dismiss are **GRANTED** and this action is dismissed with prejudice for the reasons stated in the accompanying Opinion.

**BY THE COURT**:

Dated: May 11, 2016
Wilmington, Delaware

Brendan Linehan Shannon
Chief United States Bankruptcy Judge

Case 1:16-cv-00387-LPS   Document 1-2   Filed 05/25/16   Page 3 of 3 PageID #: 63