UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

## APPEAL TRANSMITTAL SHEET

**Case Number:** 15-50239 - BLS        BK ◯  AP ⬤

If AP, related BK case number: 15-10197

**Title of Order Appealed:** Opinion and Order Relating to Opinion Regarding Motions to Dismiss

**Docket #:** 67 & 68   **Date Entered:** 5/11/16

Item Transmitted:

| | | |
|---|---|---|
| ✓ Notice of Appeal | Docket #: | Date Filed: |
| ☐ Amended Notice of Appeal | Docket #: | Date Filed: |
| ☐ Cross Appeal | Docket #: | Date Filed: |
| ☐ Motion for Leave to Appeal | Docket #: | Date Filed: |
| ☐ Request for Certification of Direct Appeal | Docket #: | Date Filed: |

**Appellant/Cross Appellant:**

Salus Capital Partners, LLC

**Appellee/Cross Appellee**

Cantor Fitzgeral Securities LLC,
Litespeed Management, L.L.C., Litespeed Master Fund, Ltd. et al

**Counsel for Appellant/Cross Appellant:**

Anthony W. Clark
Skadden, Arps, Slate, Meagher & Flom
One Rodney Square
P.O. Box 636
Wilmington, DE 19899-0636

**Counsel for Appellee/Cross Appellee:**

Kennth J. Enos
Young, Conaway, Stargatt & Taylor LLP
Rodney Square
1000 North King Street
Wilmington, DE 19801

| | Yes | No |
|---|---|---|
| Filing fee paid? | ⬤ | ◯ |
| IFP application filed by applicant? | ◯ | ⬤ |
| Have additional appeals of the same order been filed? | ◯ | ⬤ |
| *If Yes, has District Court assigned a Civil Action Number? | ◯ | ⬤ |

Civil Action Number:

(continued on next page)

Notes:

*I hereby certify that all designated items are available electronically through CM/ECF.*

Date: 5/25/16          by: Sherry J. Stiles
                           **Deputy Clerk**

Bankruptcy Court Appeal (BAP) Number:    16-29