**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| In re: | : |
| | :    Chapter 11 |
| RS LEGACY CORPORATION, *et al.*, | : |
| | :    Case No. 15-10197 (BLS) |
| Debtors.[1] | : |
| | :    (Jointly Administered) |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| Salus Capital Partners, LLC, in its capacity as Agent, | : |
| | : |
|        Plaintiff, | : |
| | : |
|          v. | : |
| | : |
| Standard Wireless Inc.; General Wireless Inc.; Standard General L.P.; General Retail Holdings L.P.; General Retail Funding LLC; Litespeed Master Fund, Ltd.; Litespeed Management, L.L.C.; Cantor Fitzgerald Securities LLC; BlueCrest Multi Strategy Credit Master Fund Limited; DW Catalyst Master Fund, Ltd.; DW Value Master Fund, Ltd.; Saba Capital Management, LP; Macquarie Credit Nexus Master Fund Limited; Taconic Opportunity Master Fund L.P.; Taconic Master Fund 1.5 L.P.; T. Rowe Price Associates, Inc.; Mudrick Capital Management, LP; and John Does #1-50, | :    Adv. Proc. No. 15-50239 <br><br> :    On Appeal No. 16-387 (LPS) <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> :    **Re: Docket Nos. 67, 68, 69** |
| | : |
|        Defendants. | : |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

---

[1]   The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's taxpayer identification number, are RS Legacy Corporation (f/k/a/ RadioShack Corporation) (7710); Atlantic Retail Ventures, Inc. (6816); Ignition L.P. (3231); ITC Services, Inc. (1930); Merchandising Support Services, Inc. (4887); RS Legacy Customer Service LLC (f/k/a RadioShack Customer Service LLC) (8866); RS Legacy Global Sourcing Corporation (f/k/a RadioShack Global Sourcing Corporation) (0233); RS Legacy Global Sourcing Limited Partnership (f/k/a RadioShack Global Sourcing Limited Partnership) (8723); RS Legacy Global Sourcing, Inc. (f/k/a RadioShack Global Sourcing, Inc.) (3960); RS Ig Holdings Incorporated (8924); RSIgnite, LLC (0543); SCK, INc. (9220); RS Legacy Finance Corporation (f/k/a Tandy Finance Corporation) (5470); RS Legacy Holdings, Inc. (f/k/a Tandy Holdings Inc.) (1789); RS Legacy International Corporation (f/k/a Tandy International Corporation) (9940); TE Electronics LP (9965); Trade and Save LLC (3850); and TRS Quality, Inc. (5417). The address of each of the Debtors is 300 RadioShack Circle, Fort Worth, Texas 76102.

## SALUS'S DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL

Pursuant to Rule 8009 of the Federal Rules of Bankruptcy Procedure, Salus Capital Partners, LLC ("Salus"), in its capacity as Agent, appellant in the instant appeal, hereby submits its designation of the record on appeal and statement of issues on appeal in connection with its appeal from the Opinion and Order Regarding Motions to Dismiss entered on May 11, 2016 (Adversary Docket No. 67 and 68) (collectively the "Order") and respectfully states as follows:

### Designation of Items To Be Included In The Record On Appeal:[2]

| In re RS Legacy Corporation, *et al.*, United States Bankruptcy Court for the District of Delaware (15-10197) | | | |
|---|---|---|---|
| **Item No.** | **Document** | **ECF No.** | **Date** |
| 1. | Chapter 11 Voluntary Petition. | 1 | 2/5/2015 |
| 2. | Debtors' Combined Motion for Entry of Order: Receipt # 86527 $ 176.00 (I) Establishing Bidding and Sale Procedures; (II) Approving the Sale of Assets; and (III) Granting Related Relief. | 36 | 2/5/2015 |
| 3. | Motion for Order Expediting Consideration of, and Shortening the Notice Period Applicable to, the Bid Procedures Component of the Debtors' Combined Motion for Entry of Order: (I) Establishing Bidding and Sale Procedures; (II) Approving the Sale of Assets; and (III) Granting Related Relief. | 38 | 2/5/2015 |
| 4. | Motion To Approve Debtor In Possession Financing | 52 | 2/5/2015 |
| 5. | Preliminary Objection of Certain SCP Lenders to Debtors DIP Financing Motion | 65 | 2/6/2015 |
| 6. | Order Directing The Joint Administration of the Debtors Chapter 11 Cases | 98 | 2/6/2015 |

---

[2]  For the avoidance of doubt, the items designated herein for the record on appeal shall include all exhibits, submissions, appendices and/or other related documents filed with each item and, with respect to hearing transcripts or other transcripts of proceedings designated herein, any and all documents admitted into evidence at such hearing or other proceeding.

| **In re RS Legacy Corporation,** *et al.*, **United States Bankruptcy Court for the District of Delaware (15-10197)** | | | |
|---|---|---|---|
| **Item No.** | **Document** | **ECF No.** | **Date** |
| 7. | Order Expediting Consideration Of, And Shortening The Notice Period Applicable To, The Bid Procedures Component Of The Debtors' Combined Motion For Entry Of Orders: (I) Establishing Bidding And Sale Procedures; (II) Approving The Sale Of Assets; And (III) Granting Related Relief. | 114 | 2/6/2015 |
| 8. | Limited Response of Standard General L.P. to Preliminary Objection of Certain SCP Lenders to Debtors DIP Financing Motion | 136 | 2/8/15 |
| 9. | Certification of Counsel Regarding Revised Proposed Order (I) Authorizing the Debtors to (A) Obtain Financing on an Interim Basis and (B) Utilize Cash Collateral of Pre-Petition Secured Parties on an Interim Basis, (II) Granting Adequate Protection, (III) Modifying the Automatic Stay, (IV) Granting Related Relief, Pursuant to 11 U.S.C. Sections 105, 361, 362, 363(c), (d) & (e), 364(c), (d) & (e) and 507(b), and (V) Scheduling a Final Hearing Authorizing Financing on a Final Basis Pursuant to Bankruptcy Rule 4001(d) | 183 | 2/10/2015 |
| 10. | Transcript Regarding Hearing Held 2/9/15 Re: First Day Motions | 189 | 2/10/2015 |
| 11. | Order (I) Authorizing The Debtors To (A) Obtain Financing On An Interim Basis And (B) Utilize Cash Collateral Of Pre-Petition Secured Parties On An Interim Basis, (II) Granting Adequate Protection, (III) Modifying The Automatic Stay, (IV) Granting Related Relief, And (V) Scheduling A Final Hearing Authorizing Financing On A Final Basis | 190 | 2/10/2015 |
| 12. | Joint Objection of SCP Lenders to Debtors' Request for Approval of Proposed Bidding Procedures, Stalking Horse APA, Bidder Protections and Related Relief | 387 | 2/19/2015 |
| 13. | ORDER (AMENDED) (WITH REVISIONS MADE BY THE COURT) (I) Approving Bid and Sale Procedures with Respect to NonResidential Property Leases and Lease Designation Rights, (II) Approving Cure Procedures and Related Notice Procedures; (III) Scheduling an Auction and Sale Hearing and (IV) Granting Related Relief. | 457 | 2/20/2015 |

| In re RS Legacy Corporation, *et al.*, United States Bankruptcy Court for the District of Delaware (15-10197) | | | |
|---|---|---|---|
| **Item No.** | **Document** | **ECF No.** | **Date** |
| 14. | Reply of Standard General L.P. to Objections of Official Committee of Unsecured Creditors, SCP Lenders, and Wilmington Trust to Debtors' Motion for Entry of Order Establishing Bidding and Sale Procedures | 502 | 2/23/2015 |
| 15. | Reply Debtors' Consolidated Reply to Objections to Bidding Procedures Motion | 509 | 2/23/2015 |
| 16. | Debtors' Reply in Support of Motion for Entry of Interim and Final Orders Pursuant to 11 U.S.C. Sections 105, 107, 361, 362, 363, 364, and 507 and Rules 2002, 4001, 9014, and 9018 of the Federal Rules of Bankruptcy Procedure (I) Authorizing the Debtors to (A) Obtain Post-Petition Financing, (B) Use Cash Collateral (II) Granting Liens and Super-Priority Claims; (III) Scheduling a Final Hearing; (IV) Approving Entry into DIP Financing Support Agreement and (V) Granting Related Relief | 510 | 2/23/2015 |
| 17. | Joint Objection of SCP Lenders to Debtors' Motion for (I) an Order (A) Establishing Bid Procedures for the Sale of Certain of the Debtors' Nonresidential Real Property Leases, and (B) Granting Certain Related Relief and (II) an Order (A) Approving the Sale of Certain of Debtors' Nonresidential Real Property Leases Free and Clear of Liens, Claims, Encumbrances and Other Interests, (B) Approving Assumption and Assignment of Leases, and (C) Granting Certain Related Relief | 555 | 2/25/2015 |
| 18. | Transcript regarding Hearing Held 2/20/2015 RE: Bid procedures. | 632 | 2/26/2015 |
| 19. | Transcript regarding Hearing Held 2/25/2015 RE: Carry over from bid procedures. | 634 | 2/26/2015 |
| 20. | Transcript regarding Hearing Held 2/18/2015 RE: First days. | 635 | 2/26/2015 |
| 21. | Transcript regarding Hearing Held 2/27/2015 RE: Expedited Hearing. | 760 | 3/3/2015 |

| In re RS Legacy Corporation, *et al*., United States Bankruptcy Court for the District of Delaware (15-10197) | | | |
|---|---|---|---|
| Item No. | Document | ECF No. | Date |
| 22. | Debtor's Second Motion For Sale of Property Free and Clear of Liens under Section 363(f) // Debtors' Second Motion For (I) An Order (A) Establishing Bid Procedures For The Sale Of Certain Lease Assets, And (B) Granting Certain Related Relief And (II) An Order (A) Approving The Sale Of Certain Lease Assets Free And Clear Of Liens, Claims, Encumbrances And Other Interests, And (B) Granting Certain Related Relief | 779 | 3/3/2015 |
| 23. | Motion for Order Expediting Consideration of, and Shortening the Notice Period Applicable to, Debtors' Second Motion For (I) An Order (A) Establishing Bid Procedures For The Sale Of Certain Lease Assets, And (B) Granting Certain Related Relief And (II) An Order (A) Approving The Sale Of Certain Lease Assets Free And Clear Of Liens, Claims, Encumbrances And Other Interests, And (B) Granting Certain Related Relief | 781 | 3/3/2015 |
| 24. | Notice of Filing of Supplemental "Exhibit C" to Debtors' Second Motion For (I) An Order (A) Establishing Bid Procedures For The Sale Of Certain Lease Assets, And (B) Granting Certain Related Relief And (II) An Order (A) Approving The Sale Of Certain Lease Assets Free And Clear Of Liens, Claims, Encumbrances And Other Interests, And (B) Granting Certain Related Relief | 784 | 3/3/2015 |
| 25. | Order Expediting Consideration of, and Shortening the Notice Period Applicable to, Debtors' Second Motion for (I) an Order (A) Establishing Bid Procedures for the Sale of Certain Lease Assets, and (B) Granting Certain Related Relief and (II) an Order (A) Approving the Sale of Certain Lease Assets Free and Clear of Liens, Claims, Encumbrances and Other Interests, (B) Granting Certain Related Relief | 804 | 3/4/2015 |
| 26. | Notice of Hearing on Debtors' Second Motion for (I) an Order (A) Establishing Bid Procedures for the Sale of Certain Lease Assets, and (B) Granting Certain Related Relief and (II) an Order (A) Approving the Sale of Certain Lease Assets Free and Clear of Liens, Claims, Encumbrances and Other Interests, and (B) Granting Certain Related Relief | 816 | 3/4/2015 |

| In re RS Legacy Corporation, *et al.*, United States Bankruptcy Court for the District of Delaware (15-10197) | | | |
|---|---|---|---|
| Item No. | Document | ECF No. | Date |
| 27. | Certification of Counsel Regarding Revised Proposed Final Order (I) Authorizing the Debtors to (A) Obtain Financing and (B) Utilize Cash Collateral of Pre-Petition Secured Parties, (II) Granting Adequate Protection, (III) Modifying the Automatic Stay, (IV) Granting Related Relief, Pursuant to 11 U.S.C. Sections 105, 361, 362, 363(c), (d) & (e), 364(c), (d) & (e) and 507(b) | 836 | 3/6/2015 |
| 28. | Transcript regarding Hearing Held 3/4/2015 RE: Second Day Motions. | 845 | 3/6/2015 |
| 29. | Certification of Counsel Regarding Revised Proposed Order (I) Approving Bid and Sale Procedures, (II) Approving the Form and Manner of Notice of the Sale and Assumption and Assignment of Executory Contracts and Unexpired Leases and (III) Scheduling an Auction and Sale Hearing | 861 | 3/6/2015 |
| 30. | Transcript regarding Hearing Held 3/6/2015 RE: Second Day Motions (continued). | 863 | 3/9/2015 |
| 31. | Order (I) Approving Bid And Sale Procedures, (II) Approving The Form And Manner Of Notice Of The Sale And Assumption And Assignment Of Executory Contracts And Unexpired Leases And (III) Scheduling An Auction and Sale Hearing. | 871 | 3/9/2015 |
| 32. | Notice of Filing of Cure Schedule Amendments in Connection with Debtors' Second Motion For (I) An Order (A) Establishing Bid Procedures For The Sale Of Certain Lease Assets, And (B) Granting Certain Related Relief And (II) An Order (A) Approving The Sale Of Certain Lease Assets Free And Clear Of Liens, Claims, Encumbrances And Other Interests, And (B) Granting Certain Related Relief | 907 | 3/10/2015 |
| 33. | Order (I) Approving Bid and Sale Procedures with Respect to the Sale of Certain Lease Assets, (II) Approving Cure Procedures and Related Notice Procedures; (III) Scheduling an Auction and Sale Hearing and (IV) Granting Related Relief | 946 | 3/12/2015 |
| 34. | Order (FINAL) (I) Authorizing the Debtors to (A) Obtain Financing and (B) Utilize Cash Collateral of Pre-Petition Secured Parties, (II) Granting Adequate Protection, (III) Modifying the Automatic Stay, and (IV) Granting Related Relief | 947 | 3/12/2015 |

| In re RS Legacy Corporation, *et al.*, United States Bankruptcy Court for the District of Delaware (15-10197) | | | |
|---|---|---|---|
| Item No. | Document | ECF No. | Date |
| 35. | Notice of Hearing to Consider Proposed Break-Up Fee and Expense Reimbursement of Stalking Horse Purchaser in Connection with Debtors' Combined Motion for Entry of Orders: (I) Establishing Bidding and Sale Procedures; (II) Approving the Sale of Assets; and (III) Granting Related Relief | 957 | 3/12/2015 |
| 36. | Transcript regarding Hearing Held 3/12/2015 RE: Sale Hearing. | 1091 | 3/16/2015 |
| 37. | Notice of Filing of List of Retail Stores Subject to Stalking Horse Asset Purchase Agreement | 1190 | 3/16/2015 |
| 38. | Adequate Assurance Information Related to Stalking Horse Purchaser | 1192 | 3/16/2015 |
| 39. | Notice Regarding Valuation of Stalking Horse Bid | 1193 | 3/16/2015 |
| 40. | Adversary case 15-50239. Complaint by Salus Capital Partners, LLC, in its capacity as Agent against Standard Wireless Inc., General Wireless Inc., Standard General L.P., General Retail Holdings L.P., General Retail Funding LLC, Litespeed Master Fund, Ltd., Litespeed Management, L.L.C., Cantor Fitzgerald Securities LLC, BlueCrest Multi Strategy Credit Master Fund Limited, DW Catalyst Master Fund, Ltd., DW Value Master Fund, Ltd., Saba Capital Management, LP, Macquarie Credit Nexus Master Fund Limited, Taconic Opportunity Master Fund L.P., Taconic Master Fund 1.5 L.P., T. Rowe Price Associates, Inc., Mudrick Capital Management, LP., John Does #1-50. Fee Amount $350 (14 (Recovery of money/property - other)),(21 (Validity, priority or extent of lien or other interest in property)),(91 (Declaratory judgment)). AP Summons Served due date: 07/15/2015. | 1225 | 3/17/2015 |
| 41. | Motion to Allow Motion Of Salus Capital Partners, LLC, As Agent For SCP Lenders, For Entry Of An Order Restricting Credit Bidding Rights Pursuant To Bankruptcy Code Sections 105(a) And 363(k) Filed by Salus Capital Partners, LLC. | 1231 | 3/18/2015 |

| In re RS Legacy Corporation, *et al.*, United States Bankruptcy Court for the District of Delaware (15-10197) | | | |
|---|---|---|---|
| Item No. | Document | ECF No. | Date |
| 42. | Motion to Shorten Motion Of Salus Capital Partners, LLC, As Agent For SCP Lenders, For Entry Of An Order (1) Shortening Notice Period Relating To Motion For Entry Of An Order Restricting Credit Bidding Rights Pursuant To Bankruptcy Code Sections 105(a) And 363(k) And (2) Expediting Related Adversary Proceeding | 1232 | 3/18/2015 |
| 43. | Order Authorizing (I) The Sale of Certain of the Debtors' Nonresidential Real Property Leases Pursuant to Lease Termination Agreements; and (II) Granting Related Relief. | 1381 | 3/20/2015 |
| 44. | Motion for an Order Authorizing and Approving the Settlement with AT&T and General Wireless Pursuant to Rule 9019. Filed by RadioShack Corporation. Hearing scheduled for 3/26/2015 at 09:30 AM at US Bankruptcy Court, 824 Market St., 6th Fl., Courtroom #1, Wilmington, Delaware. Objections due by 3/25/2015. | 1384 | 3/20/2015 |
| 45. | Notice of Hearing Regarding Motion of Salus Capital Partners, LLC, as Agent for SCP Lenders, for Entry of an Order Restricting Credit Bidding Rights Pursuant to Bankruptcy Code Sections 105(a) and 363(k) | 1394 | 3/20/2015 |
| 46. | Transcript regarding Hearing Held 3/19/2015 RE: Contested Matters. | 1454 | 3/24/2015 |
| 47. | Transcript regarding Hearing Held 3/20/2015 RE: Status Conference. | 1455 | 3/24/2015 |
| 48. | Notice of Cancellation of Round Two Lease Auction and Correction of Store Number in Initial Bid Report for Round Two Lease Sale | 1497 | 3/24/2015 |
| 49. | Letter to The Honorable Brendan L. Shannon re: Auction and Scheduling Matters Filed by Salus Capital Partners, LLC. | 1500 | 3/25/2015 |
| 50. | Objection Of Salus Capital Partners, LLC To Debtors Sale Motion | 1503 | 3/25/2015 |
| 51. | Limited Response of the SCP Lenders to Debtors' Motion for an Order Authorizing and Approving the Settlement with AT&T and General Wireless Pursuant to Rule 9019 | 1507 | 3/25/2015 |

| In re RS Legacy Corporation, *et al.*, United States Bankruptcy Court for the District of Delaware (15-10197) | | | |
|---|---|---|---|
| **Item No.** | **Document** | **ECF No.** | **Date** |
| 52. | Joint Response of the Administrative Agent for the Debtors Debtor-In-Possession Credit Facility and the First Out ABL Lenders to the Motion of Salus Capital Partners, LLC, as Agent for SCP Lenders, for Entry of an Order Restricting Credit Bidding Rights Pursuant to Bankruptcy Code Sections 105(a) and 363(k) | 1532 | 3/25/2015 |
| 53. | Notice #1 of Successful Bid (Mexican Assets) | 1545 | 3/26/2015 |
| 54. | Notice #2 of Successful Bid (Latin American Assets) | 1546 | 3/26/2015 |
| 55. | Notice #3 of Successful Bid (Middle East Assets) | 1547 | 3/26/2015 |
| 56. | Reply In Further Support Of Motion Of Salus Capital Partners, LLC For Entry Of An Order Restricting Credit Bidding Rights Pursuant To Bankruptcy Code Sections 105(a) And 363(k) | 1548 | 3/26/2015 |
| 57. | Objection of the First Out ABL Lenders to the Debtors' Combined Motion for Entry of Orders: (I) Establishing Bidding and Sale Procedures, (II) Approving the Sale of Assets and (III) Granting Related Relief | 1549 | 3/26/2015 |
| 58. | Response Statement of Cerberus Lenders in Support of Sale to General Wireless, Inc. | 1551 | 3/26/2015 |
| 59. | Reply Debtors' Consolidated Reply to Objections to Going Concern Sale | 1553 | 3/26/2015 |
| 60. | Notice #4 of Successful Bid (Go Forward Assets) | 1555 | 3/26/2015 |
| 61. | Notice of Successful Bids for Leases in Round Two Lease Sale | 1560 | 3/26/2015 |
| 62. | Notice of Successful Bids for Leases in Round Two Lease Sale | 1561 | 3/26/2015 |
| 63. | Notice of Amended Executory Contract Schedule and Supplemental Adequate Assurance Information Related to Stalking Horse Purchaser | 1576 | 3/26/2015 |
| 64. | Notice of Supplemental Adequate Assurance Information Related to Stalking Horse Purchaser | 1614 | 3/29/2015 |
| 65. | Letter to The Honorable Brendan L. Shannon regarding Sale Hearing matters Filed by Salus Capital Partners, LLC. | 1615 | 3/29/2015 |
| 66. | Notice of Approved Lease Modification Agreements | 1616 | 3/29/2015 |
| 67. | Response Of Standard General L.P. To Objection Of The First Out ABL Lenders To The Debtors Combined Motion For Entry Of Orders: (I) Establishing Bidding And Sale Procedures, (II) Approving The Sale Of Assets And (III) Granting Related Relief | 1617 | 3/29/2015 |

| In re RS Legacy Corporation, *et al.*, United States Bankruptcy Court for the District of Delaware (15-10197) | | | |
|---|---|---|---|
| **Item No.** | **Document** | **ECF No.** | **Date** |
| 68. | Supplemental Brief In Support of the First Out Lenders' Objection to the Debtors' Combined Motion for Entry of Orders: (I) Establishing Bidding and Sale Procedures, (II) Approving the Sale of Assets and (III) Granting Related Relief | 1618 | 3/30/2015 |
| 69. | Stipulation Between First Out ABL Lenders and Standard General L.P. | 1619 | 3/30/2015 |
| 70. | Notice of Further Revised Form of Proposed Sale Order | 1645 | 3/31/2015 |
| 71. | Letter Supporting Auction Results Awarding Bid to Standard General. | 1658 | 3/31/2015 |
| 72. | Notice of Service of Salus Capital Partners LLC's Responses And Objections To The Official Committee Of Unsecured Creditors' Subpoena For Rule 2004 Examination, Including Requests For Production Therein Filed by Salus Capital Partners, LLC. | 1660 | 3/31/2015 |
| 73. | Certification of Counsel Regarding Revised Proposed Order Granting the Motion for an Order Authorizing and Approving the Settlement Agreement with AT&T and Standard General Pursuant to Rule 9019 | 1665 | 3/31/2015 |
| 74. | Certification of Counsel Regarding Final Proposed Order Authorizing (I) the Sale of Certain Assets of the Debtors Free and Clear of All Claims, Liens, Liabilities, Rights, Interests and Encumbrances; (II) the Debtors to Enter Into and Perform Their Obligations Under the Asset Purchase Agreement and Certain Ancillary Agreements; (III) the Debtors to Assume and Assign Certain Execuntory Contracts and Unexpired Leases; and (IV) Granting Related Relief | 1670 | 4/1/2015 |
| 75. | Order Authorizing (I) The Sale of Certain Assets of the Debtors Free and Clear of All Claims, Liens, Liabilities, Rights, Interests and Encumbrances; (II) The Debtors to Enter into and Perform Their Obligations Under the Asset Purchase Agreement and Certain Ancillary Agreements; (III) The Debtors to Assume and Assign Certain Execuntory Contracts and Unexpired Leases; and (IV) Granting Related Relief | 1672 | 4/1/2015 |
| 76. | Order Authorizing and Approving the Settlement and Release Agreement with AT&T and General Wireless Pursuant to Rule 9019 | 1673 | 4/1/2015 |

| In re RS Legacy Corporation, *et al.*, United States Bankruptcy Court for the District of Delaware (15-10197) | | | |
|---|---|---|---|
| Item No. | Document | ECF No. | Date |
| 77. | Certification of Counsel Regarding Proposed Order Authorizing (I) the Sale of Certain Assets of the Debtors (Equity in Mexican Subsidiaries and Intellectual Property Related Thereto) Free and Clear of all Claims, Liens, Liabilities, Rights, Interests and Encumbrances; (II) the Debtors to Enter into and Perform their Obligations under the Asset Purchase Agreement Attached hereto and Certain Ancillary Agreements; and (III) Granting Related Relief | 1714 | 4/6/2015 |
| 78. | Certification of Counsel Regarding Proposed Order Authorizing (I) the Sale of Certain Assets of the Debtors to Delta RS for Trading Free and Clear of all Claims, Liens, Liabilities, Rights, Interests and Encumbrances; (II) the Debtors to Enter into and Perform their Obligations under the Asset Purchase Agreement Attached hereto and Certain Ancillary Agreements; and (III) Granting Related Relief | 1715 | 4/6/2015 |
| 79. | Notice of Filing Final List of Assumed and Assigned Unexpired Leases Subject to Stalking Horse Asset Purchase Agreement | 1717 | 4/7/2015 |
| 80. | Order Authorizing (I) The Sale of Certain Assets of the Debtors (Equity in Mexican Subsidiaries and Intellectual Property Related Thereto) Free an dClear of All Claims, Liens, Liabilities, Rights, Interests and Encumbrances; (II) The Debtors to Enter Into and Perform Their Obligations Under the Asset Purchase Agreement Attached Herto and Certain Ancillary Agreements; and (III) Granting Related Relief | 1719 | 4/7/2015 |
| 81. | Order Authorizing (I) The Sale of Certain Assets of the Debtors to Delta RS for Trading Free and Clear of All Claims, Liens, Liabilities, Rights, Interests and Encumbrances; (II) The Debtors to Enter Into and Perform Their Obligations Under the Asset Purchase Agreement Attached Hereto and Certain Ancillary Agreements; and (III) Granting Related Relief | 1720 | 4/7/2015 |

| In re RS Legacy Corporation, *et al.*, United States Bankruptcy Court for the District of Delaware (15-10197) | | | |
|---|---|---|---|
| **Item No.** | **Document** | **ECF No.** | **Date** |
| 82. | Limited Objection of Salus Capital Parners, LLC, to Application of the Official Committee of Unsecured Creditors of RadioShack Corporation, Et Al. (I) Authorizing Retention and Employment of Houlihan Lokey Capital, Inc. as Financial Advisor and Investment Banker, Nunc Pro Tunc, to February 13, 2015 and (II) Modifying Certain Requirements of Del. Bankr. L.R. 2016-2 | 1724 | 4/7/2015 |
| 83. | Transcript regarding Hearing Held 3/26/2015 RE: Sale Hearing. | 1744 | 4/9/2015 |
| 84. | Transcript regarding Hearing Held 3/27/2015 RE: Sale Hearing (continued). | 1745 | 4/9/2015 |
| 85. | Transcript regarding Hearing Held 3/30/2015 RE: Sale Hearing (continued). | 1746 | 4/9/2015 |
| 86. | Motion For Sale of Property Free and Clear of Liens under Section 363(f) // Debtors' Motion for Entry of an Order Authorizing them to Sell Defense Mobile Handsets Free and Clear of All Liens, Claims, Interests and Encumbrances Fee Amount $176 Filed by RadioShack Corporation. | 1755 | 4/9/2015 |
| 87. | Motion For Sale of Property Free and Clear of Liens under Section 363(f) // Debtors' Combined Motion for Entry of Orders: (I) Establishing Bidding and Sale Procedures; (II) Approving the Sale of Certain IP and Related Assets; and (III) Granting Related Relief Fee Amount $176 Filed by RadioShack Corporation. Hearing scheduled for 4/28/2015 at 11:00 AM at US Bankruptcy Court, 824 Market St., 6th Fl., Courtroom #1, Wilmington, Delaware. Objections due by 4/21/2015. | 1768 | 4/10/2015 |
| 88. | Certification of Counsel Regarding Proposed Order Authorizing (I) the Sale of Certain Assets of the Debtors (AntennaCraft Assets) Free and Clear of All Claims, Liens, Liabilities, Rights, Interests and Encumbrances; (II) the Debtors to Enter Into and Perform Their Obligations Under the Asset Purchase Agreement Attached Hereto and Certain Ancillary Agreements; (III) Granting Related Relief | 1786 | 4/13/2015 |

| In re RS Legacy Corporation, *et al.*, United States Bankruptcy Court for the District of Delaware (15-10197) | | | |
|---|---|---|---|
| Item No. | Document | ECF No. | Date |
| 89. | Response Joint Statement of the Administrative Agent for the Debtors' Debtor-in-Possession Credit Facility and the First Out ABL Lenders Relating to Debtors' Motion for Entry of an Order Authorizing Them to Sell Defense Mobile Handsets Free and Clear of All Liens, Claims, Interests and Encumbrances Filed by First Out ABL Lenders | 1789 | 4/13/2015 |
| 90. | Order Authorizing (I) the Sale of Certain Assets of the Debtors (AntennaCraft Assets) Free and Clear of All Claims, Liens, Liabilities, Rights, Interests and Encumbrances; (II) The Debtors to Enter Into and Perform Their Obligations Under the Asset Purchase Agreement Attached Hereto and Certain Ancillary Agreements; (III) Granting Related Relief. | 1801 | 4/14/2015 |
| 91. | Order Authorizing (I) The Sale of Certain Assets of the Debtors to Regal Forest Holding Co. Ltd. Free and Clear of All Claims, Liens, Liabilities, Rights, Interests and Encumbrances; (II) The Debtors to Enter Into and Perform Their Obligations Under the Asset Purchase Agreement Attached Hereto and Certain Ancillary Agreements; and (III) Granting Related Relief. | 1802 | 4/14/2015 |
| 92. | Transcript (AMENDED) regarding Hearing Held 3/31/2015 RE: Sale Hearing (continued). | 1803 | 4/14/2015 |
| 93. | Order Authorizing the Debtors to Sell Defense Mobile Handsets Free and Clear of All Liens, Claims, Interests and Encumbrances | 1805 | 4/14/2015 |
| 94. | Reply // Debtors' Consolidated Reply in Support of IP Bidding Procedures and Response to Request for Case Management Order | 1916 | 4/24/2015 |
| 95. | Certification of Counsel Regarding Revised Proposed Order (I) Approving Bid and Sale Procedures for Certain IP and Related Assets, (II) Approving the Form and Manner of Notice of the Sale and Assumption and Assignment of Executory Contracts and Unexpired Leases and (III) Scheduling an Auction and Sale Hearing | 1966 | 4/30/2015 |
| 96. | Order (I) Approving Bid And Sale Procedures For Certain IP And Related Assets, (II) Approving The Form And Manner Of Notice Of The Sale And Assumption And Assignment Of Executory Contracts And Unexpired Leases And (III) Scheduling An Auction And Sale Hearing. | 1981 | 4/30/2015 |

| In re RS Legacy Corporation, *et al.*, United States Bankruptcy Court for the District of Delaware (15-10197) | | | |
|---|---|---|---|
| Item No. | Document | ECF No. | Date |
| 97. | Motion For Sale of Property Free and Clear of Liens under Section 363(f)(FEE) // Debtors' Combined Motion for Entry of Orders: (I) Establishing Bidding and Sale Procedures; (II) Approving the Sale of Certain Real Property; and (III) Granting Related Relief Fee Amount $176 Filed by RadioShack Corporation. | 2024 | 5/5/2015 |
| 98. | Motion for Order Expediting Consideration of, and Shortening the Notice Period Applicable to, Debtors' Combined Motion for Entry of Orders: (I) Establishing Bidding and Sale Procedures; (II) Approving the Sale of Certain Real Property; and (III) Granting Related Relief | 2026 | 5/5/2015 |
| 99. | Order Expediting Consideration of, and Shortening the Notice Period Applicable to, Debtors' Combined Motion for Entry of Orders: (I) Establishing Bidding and Sale Procedures; (II) Approving the Sale of Certain Real Property; and (III) Granting Related Relief. | 2035 | 5/6/2015 |
| 100. | Notice of Hearing on Bidding Procedures Component of Debtors' Combined Motion for Entry of Orders: (I) Establishing Bidding and Sale Procedures; (II) Approving the Sale of Certain Real Property; and (III) Granting Related Relief | 2044 | 5/6/2015 |
| 101. | Objection Limited Objection Of General Wireless, Inc. To The Debtors Combined Motion For Entry Of Orders: (I) Establishing Bidding And Sale Procedures; (II) Approving The Sale Of Certain IP And Related Assets; And (III) Granting Related Relief | 2045 | 5/6/2015 |
| 102. | Notice of Successful Bid on Certain IP and Related Asset | 2138 | 5/15/2015 |
| 103. | Objection of Wonderland Investment Group Inc to the Entry of an Order Approving Debtors' Combined Motion for Entry of Orders: (I) Establishing Bidding and Sale Procedures; (II) Approving the Sale of Certain IP and Related Assets; and (III) Granting Related Relief | 2153 | 5/18/2015 |

| In re RS Legacy Corporation, *et al.*, United States Bankruptcy Court for the District of Delaware (15-10197) | | | |
|---|---|---|---|
| **Item No.** | **Document** | **ECF No.** | **Date** |
| 104. | Response Statement of Salus Capital Partners, LLC in Support of Objection of Wonderland Investment Group Inc. to the Entry of an Order Approving Debtors' Combined Motion for Entry of Orders: (I) Establishing Bidding and Sale Procedures; (II) Approving the Sale of Certain IP and Related Assets; and (III) Granting Related Relief | 2170 | 5/19/2015 |
| 105. | Reply Debtors' Consolidated Reply in Support of IP Sale | 2178 | 5/19/2015 |
| 106. | Certification of Counsel Regarding Revised Proposed Order (I) Approving Bid and Sale Procedures for Certain Real Property Assets, (II) Approving the Form and Manner of Notice of the Sale and (III) Scheduling an Auction and Sale Hearing | 2221 | 5/21/2015 |
| 107. | Order (I) Approving Bid and Sale Procedures for Certain Re Assets, (II) Approving the Form and Manner of Notice of the Sale and (III) Scheduling an Auction and Sale Hearing | 2213 | 5/21/2015 |
| 108. | Notice of Auction and Sale Hearing (Real Property) | 2222 | 5/21/2015 |
| 109. | Transcript regarding Hearing Held 05/20/2015 RE: IP Sale Hearing. | 2229 | 5/22/2015 |
| 110. | Notice of Revised Proposed Form of Order Authorizing (I) the Sale of Certain Assets of the Debtors Free and Clear of All Claims, Liens, Liabilities, Rights, Interests and Encumbrances; (II) the Debtors to Enter into and Perform Their Obligations under the Asset Purchase Agreement Attached Hereto; (III) the Debtors to Assume and Assign Certain Executory Contracts and Unexpired Leases; and (IV) Granting Related Relief | 2246 | 5/26/2015 |
| 111. | Debtors' Motion for Entry of Order Authorizing and Approving Stipulation (I) Incorporating and Extending the Terms of the Final DIP Order, (II) Authorizing and Approving the Continued Use of Cash Collateral, (III) Granting Further Adequate Protection, (IV) Modifying the Automatic Stay, and (V) Granting Related Relief. (Hearing Date Requested: June 3, 2015 at 11:00 a.m. (ET); Objection Deadline Requested: June 2, 2015 at 12:00 p.m. (ET)) | 2250 | 5/26/2015 |

| In re RS Legacy Corporation, *et al.*, United States Bankruptcy Court for the District of Delaware (15-10197) | | | |
|---|---|---|---|
| **Item No.** | **Document** | **ECF No.** | **Date** |
| 112. | Motion for Order Expediting Consideration of, and Shortening the Notice Period Applicable to, Debtors' Motion for Entry of an Order Authorizing and Approving Stipulation (I) Incorporating and Extending the Terms of the Final DIP Order; (II) Authorizing and Approving the Continued Use of Cash Collateral; (III) Granting Further Adequate Protection; (IV) Modifying the Automatic Stay and (V) Granting Related Relief | 2251 | 5/26/2015 |
| 113. | Order Expediting Consideration of, and Shortening the Notice Period Applicable to, Debtors' Motion for Entry of an Order Authorizing and Approving Stipulation (I) Incorporating and Extending the Terms of the Final DIP Order; (II) Authorizing and Approving the Continued Use of Cash Collateral; (III) Granting Further Adequate Protection; (IV) Modifying the Automatic Stay and (V) Granting Related Relief | 2256 | 5/27/2015 |
| 114. | Notice of Entry of Order and Hearing Regarding Debtors' Motion for Entry of Order Authorizing and Approving Stipulation (I) Incorporating and Extending the Terms of the Final DIP Order, (II) Authorizing and Approving the Continued Use of Cash Collateral, (III) Granting Further Adequate Protection, (IV) Modifying the Automatic Stay, and (V) Granting Related Relief | 2264 | 5/27/2015 |
| 115. | Joint Objection of the Administrative Agent for the Debtor-In-Possession Credit Facility and the First Out ABL Lenders to the Debtors Motion for Entry of Order Authorizing and Approving Stipulation (I) Incorporating and Extending the Terms of the Final DIP Order, (II) Authorizing and Approving Continued Use of Cash Collateral, (III) Granting Further Adequate Protection, (IV) Modifying the Automatic Stay, and (V) Granting Related Relief | 2291 | 6/2/2015 |
| 116. | [WITHDRAWN ON 8/11/15 - SEE DOCKET NO. 2774] Motion of Salus Capital Partners, LLC to Convert Debtors' Chapter 11 Cases to Cases Under Chapter 7. Fee Amount $15. Filed by Salus Capital Partners, LLC. Hearing scheduled for 6/25/2015 at 09:30 AM at US Bankruptcy Court, 824 Market St., 6th Fl., Courtroom #1, Wilmington, Delaware. Objections due by 6/18/2015. | 2296 | 6/2/2015 |

| In re RS Legacy Corporation, *et al.*, United States Bankruptcy Court for the District of Delaware (15-10197) | | | |
|---|---|---|---|
| Item No. | Document | ECF No. | Date |
| 117. | Order Authorizing (I) the Sale of Certain Assets of the Debtors Free and Clear of All Claims, Liens, Liabilities, Rights, Interests and Encumbrances; (II) the Debtors to Enter into and Perform Their Obligations under the Assets Purchase Agreement Attached Hereto; (III) the Debtors to Assume and Assign Certain Exectuory Contracts and Unexpired Leases; and (IV) Granting Related Relief. | 2333 | 6/4/2015 |
| 118. | Certification of Counsel Regarding Revised Proposed Order Approving Stipulation (I) Incorporating and Extending the Terms of the Final DIP Order, (II) Authorizing and Approving the Continued Use of Cash Collateral, (III) Granting Furter Adequate Protection, (IV) Modifying the Automatic Stay and (V) Granting Related Relief | 2337 | 6/4/2015 |
| 119. | Order Approving Stipulation (I) Incorporating and Extending the Terms of the Final DIP Order, (II) Authorizing and Approving the Continued Use of Cash Collateral, (III) Granting Further Adequate Protection, (IV) Modifying the Automatic Stay and (V) Granting Related Relief. | 2339 | 6/5/2015 |
| 120. | Debtors' Motion for an Order (I) Scheduling Combined Hearing on Approval of Disclosure Statement and Confirmation of Plan, (II) Establishing Procedures for Solicitation and Tabulation of Votes on Plan and (III) Approving Related Relief (Objection Deadline Requested: June 12, 2015 at 4:00 p.m. (ET); Hearing Date Requested: June 16, 2015 at 9:30 a.m. (ET)). | 2347 | 6/5/2015 |
| 121. | Chapter 11 Plan of Liquidation Filed by RadioShack Corporation | 2404 | 6/12/2015 |
| 122. | Objection Of Salus Capital Partners, LLC To Debtors' Solicitation Procedures Motion | 2452 | 6/18/2015 |
| 123. | Objection // Joint Limited Objection of the Administrative Agent for the Debtor-In-Possession Credit Facility and the First Out ABL Lenders to the Debtors Motion for an Order (I) Scheduling Combined Hearing on Approval of Disclosure Statement and Confirmation of Plan, (II) Establishing Procedures for Solicitation and Tabulation of Votes on Plan and (III) Approving Related Matters | 2456 | 6/18/2015 |

| **In re RS Legacy Corporation, *et al.*, United States Bankruptcy Court for the District of Delaware (15-10197)** |
|---|---|---|---|---|
| Item No. | Document | ECF No. | Date |
| 124. | Order Authorizing (I) The Sale of Certain Assets of the Debtors Free and Clear of All Claims, Liens, Liabilities, Rights, Interests and Encumbrances; (II) The Debtors to Enter Into and Perform Their Obligations Under the Asset Purchase Agreement Attached Hereto; and (III) Granting Related Relief. | 2482 | 6/19/2015 |
| 125. | Order Authorizing (I) The Sale of Certain Assets of the Debtors Free and Clear of All Claims, Liens, Liabilities, Rights, Interests and Encumbrances; (II) The Debtors to Enter Into and Perform Their Obligations Under the Asset Purchase Agreement Attached Hereto; and (III) Granting Related Relief. | 2483 | 6/19/2015 |
| 126. | Debtors' Consolidated Reply to Objections to Solicitation Procedures Motion | 2533 | 6/24/2015 |
| 127. | Chapter 11 Plan of Liquidation Filed by RadioShack Corporation | 2538 | 6/24/2015 |
| 128. | Motion to Approve Compromise under Rule 9019 and 11 U.S.C. § 105(a), for an Order Approving the Settlement Agreement with the ABL Agent and the First Out Lenders Filed by Official Committee of Unsecured Creditors. Hearing scheduled for 8/17/2015 at 10:00 AM at US Bankruptcy Court, 824 Market St., 6th Fl., Courtroom #1, Wilmington, Delaware. Objections due by 8/4/2015. | 2688 | 7/21/2015 |
| 129. | Limited Objection of Salus Capital Partners, LLC's And Reservation Of Rights To Official Committee Of Unsecured Creditors' Motion, Pursuant To 11 U.S.C. § 105(a) And Fed. R. Bankr. P. 9019(a), For An Order Approving The Settlement Agreement With ABL Agent And First Out Lenders | 2739 | 8/4/2015 |
| 130. | Limited Objection of Standard General to Official Committee of Unsecured Creditors' Motion, Pursuant to 11 U.S.C. Section 105(a) and Fed. R. Bankr. P. 9019, for an Order Approving the Settlement Agreement with the ABL Agent and the First Out Lenders | 2741 | 8/4/2015 |
| 131. | Amended Chapter 11 Plan of Liquidation | 2751 | 8/6/2015 |
| 132. | Notice of Withdrawal of Motion of Salus Capital Partners, LLC to Convert Debtors' Chapter 11 Cases to Cases Under Chapter 7 of the Bankruptcy Code | 2774 | 8/11/2015 |

| In re RS Legacy Corporation, *et al.*, United States Bankruptcy Court for the District of Delaware (15-10197) | | | |
|---|---|---|---|
| Item No. | Document | ECF No. | Date |
| 133. | Amended Chapter 11 Plan First Amended Joint Plan of Liquidation of RS Legacy Corporation and Its Debtor Affiliates (Solicitation Version) | 2786 | 8/12/2015 |
| 134. | Objection of Standard General to the First Amended Joint Plan of Liquidation of RS Legacy Corporation and Its Debtor Affiliates. Filed by Standard General L.P. | 2924 | 9/9/2015 |
| 135. | Amended Chapter 11 Plan of Liquidation | 2964 | 9/14/2015 |
| 136. | Findings of Fact and Conclusions of Law Regarding Confirmation of the First Amended Joint Plan of Liquidation of RS Legacy Corporation and its Debtor Affiliates, as Modified | 3066 | 10/2/2015 |
| 137. | Order Confirming the First Amended Joint Plan of Liquidation of RS Legacy Corporation and its Debtor Affiliates, as Modified | 3067 | 10/2/2015 |

| Salus Capital Partners, LLC v. Standard Wireless Inc., *et al.* United States Bankruptcy Court for the District of Delaware (15-50239) | | | |
|---|---|---|---|
| Item No. | Document | ECF No. | Date |
| 1. | Adversary case 15-50239. Complaint by Salus Capital Partners, LLC, in its capacity as Agent against Standard Wireless Inc., General Wireless Inc., Standard General L.P., General Retail Holdings L.P., General Retail Funding LLC, Litespeed Master Fund, Ltd., Litespeed Management, L.L.C., Cantor Fitzgerald Securities LLC, BlueCrest Multi Strategy Credit Master Fund Limited, DW Catalyst Master Fund, Ltd., DW Value Master Fund, Ltd., Saba Capital Management, LP, Macquarie Credit Nexus Master Fund Limited, Taconic Opportunity Master Fund L.P., Taconic Master Fund 1.5 L.P., T. Rowe Price Associates, Inc., Mudrick Capital Management, LP., John Does #1-50. Fee Amount $350 (14 (Recovery of money/property - other)),(21 (Validity, priority or extent of lien or other interest in property)),(91 (Declaratory judgment)). AP Summons Served due date: 07/15/2015. | 1 | 3/17/2015 |

| | | | | |
|---|---|---|---|---|
| **Salus Capital Partners, LLC v. Standard Wireless Inc.,** *et al.* **United States Bankruptcy Court for the District of Delaware (15-50239)** | | | | |
| **Item No.** | **Document** | | **ECF No.** | **Date** |
| 2. | Summons and Notice of Pretrial Conference Served on Defendants BlueCrest Multi Strategy Credit Master Fund Limited, Cantor Fitzgerald Securities LLC, DW Catalyst Master Fund, Ltd., DW Value Master Fund, Ltd., General Retail Funding LLC, General Wireless Inc., Litespeed Management, L.L.C., Litespeed Master Fund, Ltd., Macquarie Credit Nexus Master Fund Limited, Mudrick Capital Management, LP., Saba Capital Management, LP, Standard General L.P., T. Rowe Price Associates, Inc., Taconic Master Fund 1.5 L.P., Taconic Opportunity Master Fund L.P. | | 3 | 3/19/2015 |
| 3. | Summons and Notice of Pretrial Conference Served on Defendants General Retail Holdings L.P., Standard Wireless Inc. | | 5 | 3/31/2015 |
| 4. | Certification of Counsel Regarding Stipulation Extending Time to Respond to the Adversary Complaint | | 7 | 4/14/2015 |
| 5. | Stipulation Extending Time to Respond to the Adversary Complaint | | 13 | 5/1/2015 |
| 6. | Motion of the ABL Lenders to Dismiss the Adversary Complaint of Salus Capital Partners, LLC. Filed by ABL Lenders. Objections due by 5/15/2015. | | 15 | 5/1/2015 |
| 7. | Memorandum of Law in Support of the Motion of the ABL Lenders to Dismiss the Adversary Complaint of Salus Capital Partners, LLC | | 16 | 5/1/2105 |
| 8. | Declaration of Elliot Moskowitz in support of the Motion of the ABL Lenders to Dismiss the Adversary Complaint of Salus Capital Partners, LLC | | 17 | 5/1/2015 |
| 9. | Motion of Cantor Fitzgerald Securities LLC, as ABL Agent, to Dismiss the Complaint of Salus Capital Partners, LLC for Failure to State a Claim | | 19 | 5/1/2015 |
| 10. | Memorandum of Law in Support of the Motion of Cantor Fitzgerald Securities LLC, as ABL Agent, to Dismiss the Complaint of Salus Capital Partners, LLC for Failure to State a Claim Pursuant to Federal Rule of Civil Procedure 12(b)(6) as Incorporated by Federal Rule of Bankruptcy Procedure 7012 | | 20 | 5/1/2015 |
| 11. | Litespeed's Motion to Dismiss and Joinder to the ABL Lender's Motion to Dismiss the Adversary Complaint of Salus Capital Partners, LLC. Filed by Litespeed Management, L.L.C., Litespeed Master Fund, Ltd. | | 24 | 5/8/2015 |

| Salus Capital Partners, LLC v. Standard Wireless Inc., *et al.*<br>United States Bankruptcy Court for the District of Delaware (15-50239) | | | |
|---|---|---|---|
| Item No. | Document | ECF No. | Date |
| 12. | Amended Complaint to Add Count Filed by Salus Capital Partners, LLC, in its capacity as Agent | 32 | 5/22/2015 |
| 13. | Scheduling Order. Initial Pretrial Conference set for 7/14/2015 at 09:30 AM at US Bankruptcy Court, 824 Market St., 6th Fl., Courtroom #1, Wilmington, Delaware. | 35 | 6/8/2015 |
| 14. | Litespeeds' Motion to Dismiss and Joinder to the ABL Lenders' Motion to Dismiss teh Amended Adversary Complaint of Salus Capital Partners, LLC. Filed by Litespeed Management, L.L.C., Litespeed Master Fund, Ltd. | 38 | 6/22/2015 |
| 15. | Motion of the ABL Lenders to Dismiss the Amended Adversary Complaint of Salus Capital Partners, LLC. Filed by ABL Lenders | 39 | 6/22/2015 |
| 16. | Memorandum of Law in Support of Motion of the ABL Lenders to Dismiss the Amended Adversary Complaint of Salus Capital Partners, LLC | 40 | 6/22/2015 |
| 17. | Declaration of Elliot Moskowitz in Support of Motion of the ABL Lenders to Dismiss the Amended Adversary Complaint of Salus Capital Partners, LLC | 41 | 6/22/2015 |
| 18. | Motion of Cantor Fitzgerald Securities LLC, as ABL Agent, to Dismiss the Amended Adversary Complaint of Salus Capital Partners, LLC for Failure to State a Claim. Filed by Cantor Fitzgerald Securities LLC | 43 | 6/22/2015 |
| 19. | Memorandum of Law in Support of the Motion of Cantor Fitzgerald Securities LLC, as ABL Agent, to Dismiss the Complaint of Salus Capital Partners, LLC for Failure to State a Claim Pursuant to Federal Rule of Civil Procedure 12(b)(6) as Incorporated by Federal Rule of Bankruptcy Procedure 7012 | 44 | 6/22/2015 |
| 20. | Answering Brief In Opposition To Defendants' Motions To Dismiss | 53 | 7/13/2015 |
| 21. | Litespeed's Reply in Support of Its Motion to Dismiss the Amended Adversary Complaint of Salus Capital Partners, LLC | 57 | 7/27/2015 |
| 22. | Reply Memorandum of Law in Support of the Motion of the ABL Lenders to Dismiss the Amended Adversary Complaint of Salus Capital Partners, LLC | 58 | 7/27/2015 |

| Salus Capital Partners, LLC v. Standard Wireless Inc., *et al.* United States Bankruptcy Court for the District of Delaware (15-50239) | | | |
|---|---|---|---|
| Item No. | Document | ECF No. | Date |
| 23. | Reply Memorandum of Law of Cantor Fitzgerald Securities, as ABL Agent, in Support of Its Motion to Dismiss the Amended Adversary Complaint of Salus Capital Partners, LLC for Failure to State a Claim Pursuant to Federal Rule of Civil Procedure 12(b)(6) as Incorporated by Federal Rule of Bankruptcy Procedure 7012 | 59 | 7/27/2015 |
| 24. | Declaration in Support of the Reply Memorandum of Law of Cantor Fitzgerald Securities, as ABL Agent, in Support of Its Motion to Dismiss the Amended Adversary Complaint of Salus Capital Partners, LLC for Failure to State a Claim Pursuant to Federal Rule of Civil Procedure 12(b)(6) as Incorporated by Federal Rule of Bankruptcy Procedure 7012 | 60 | 7/27/2015 |
| 25. | Letter Regarding Oral Argument On Motions To Dismiss Filed by Salus Capital Partners, LLC, in its capacity as Agent. | 62 | 8/3/2015 |
| 26. | Joint Notice of Completion of Briefing with Respect to Defendants' Motions to Dismiss. Judge Shannon is reviewing this case | 64 | 8/4/2015 |
| 27. | Opinion Regarding Motions to Dismiss | 67 | 5/11/2015 |
| 28. | Order Relating to Opinion Regarding Motions to Dismiss | 68 | 5/11/2015 |
| 29. | Notice of Appeal [BAP-16-29]. | 69 | 5/24/2015 |
| 30. | Clerk's Notice Regarding Filing of Appeal [BAP-16-29] | 71 | 5/25/2016 |
| 31. | Transmittal of Record on Appeal to District Court [BAP-16-29] | 72 | 5/25/2016 |
| 32. | Notice of Docketing Record on Appeal to District Court. Civil Action Number: 16-387; BAP Number: 16-29 | 73 | 5/26/2016 |

## STATEMENT OF ISSUES ON APPEAL

Salus hereby states the following as the issues on appeal pursuant to Fed. R. Bankr. P. 8009(a)(1)(A):

1.  Did the bankruptcy court err by concluding that the restructuring of the Original ABL Credit Agreement in October 2014 was permissible under the Intercreditor Agreement, and therefore the ABL Lenders' first lien rights in the Liquid Collateral were not waived or otherwise impaired?

2.  Did the bankruptcy court err by concluding that the SCP Lenders' consent was not contractually required for the October 2014 restructuring?

3.  Did the bankruptcy court err by concluding that the SCP Lenders' economic position was not impermissibly changed by the October 2014 restructuring?

4.  Did the bankruptcy court err by concluding that the SCP Lenders' legal rights were not impermissibly changed by the October 2014 restructuring?

5.  Did the bankruptcy court err by concluding that each of the nine causes of action set forth in the Amended Complaint is predicated exclusively on the proposition that the October 2014 restructuring vitiated or materially limited the ABL Lenders' rights to be paid first from the proceeds of the Liquid Collateral?

6.  Did the bankruptcy court err by concluding that the SCP Lenders held junior liens on the Liquid Collateral both before and after the October 2014 restructuring?

7.  Did the bankruptcy court err by concluding that the Intercreditor Agreement allowed the ABL Lenders to enter into the Amended ABL Credit Agreement?

8.  Did the bankruptcy court err by concluding that the ABL Lenders did not breach the Intercreditor Agreement?

9.  Did the bankruptcy court err by concluding that the ABL Lenders were not unjustly enriched by the proceeds they received from the disposition of the Liquid Collateral?

10.  Did the bankruptcy court err by concluding that the ABL Lenders did not tortiously interfere with Salus' contractual rights?

11.  Did the bankruptcy court err by concluding that the ABL Lenders did not convert Salus' collateral?

12.  Did the bankruptcy court err by failing to address in the Opinion and Order, and also dismissing, the allegations and claims asserted in the Amended Complaint against Litespeed Master Fund, Ltd., Litespeed Management LLC, Cantor Fitzgerald Securities LLC and Cantor Fitzgerald?

13.  Did the bankruptcy court err by failing to consider the Amended Complaint's allegations regarding defendants' bad faith and manipulations of the CDS markets in analyzing and dismissing each of the nine causes of action set forth in the Amended Complaint?

14.  Did the bankruptcy court err by concluding that the Amended Complaint fails to state a claim upon which relief may be granted?

15.  Did the bankruptcy court err by concluding that amending the complaint would be futile in this case and therefore dismissing the Amended Complaint with prejudice?

## **RESERVATION OF RIGHTS**

Salus expressly reserves, and does not waive, the right to amend, supplement or otherwise modify the foregoing designations and statement of issues on appeal, and/or to object to or move to strike the items designated for inclusion in the record on appeal by other parties. This filing is made expressly subject to, and without waiver of, any and all rights, remedies, challenges, and objections.

Dated:   Wilmington, Delaware
         June 7, 2016

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

*/s/ Anthony W. Clark*
Anthony W. Clark (I.D. No. 2051)
Jason M. Liberi (I.D. No. 4425)
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899-0636
Telephone:  (302) 651-3000

- and -

Jay M. Goffman
Mark A. McDermott
Christine A. Okike
Four Times Square
New York, New York 10036
Telephone: (212) 735-3000

*Counsel for Plaintiff Salus Capital Partners, LLC, as agent, with respect to claims against Defendants Cantor Fitzgerald Securities LLC, BlueCrest Multi Strategy Credit Master Fund Limited, DW Catalyst Master Fund, Ltd., DW Value Master Fund, Ltd.; Saba Capital Management, LP, Macquarie Credit Nexus Master Fund Limited, Taconic Opportunity Master Fund L.P., Taconic Master Fund 1.5 L.P., Mudrick Capital Management, LP., and John Does #1-50*

- and -

CHOATE, HALL & STEWART LLP
John F. Ventola
Douglas R. Gooding
Sean M. Monahan
Two International Place
Boston, Massachusetts 02110
Telephone: (617) 248-5000

*Counsel for Plaintiff Salus Capital Partners, LLC, as agent, with respect to claims against Defendants Standard Wireless Inc., General Wireless Inc., Standard General L.P., General Retail Holdings L.P., General Retail Funding LLC, Litespeed Master Fund, Ltd., Litespeed Management, L.L.C., and T. Rowe Price Associates, Inc.*