## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

------------------------------------x
In re:                              :
                                    :   Chapter 11
RS LEGACY CORPORATION, *et al.*,    :
                                    :   Case No. 15-10197 (BLS)
                    Debtors.[1]     :
                                    :   (Jointly Administered)
------------------------------------x
Salus Capital Partners, LLC, in its capacity as Agent,  :
                                    :
                                    :
                    Plaintiff,      :
                                    :
                                    :
          v.                        :
                                    :
Standard Wireless Inc.; General Wireless Inc.; Standard  :   Adv. Proc. No. 15-50239
General L.P.; General Retail Holdings L.P.; General      :
Retail Funding LLC; Litespeed Master Fund, Ltd.;         :
Litespeed Management, L.L.C.; Cantor Fitzgerald          :
Securities LLC; BlueCrest Multi Strategy Credit Master   :
Fund Limited; DW Catalyst Master Fund, Ltd.; DW          :
Value Master Fund, Ltd.; Saba Capital Management, LP;    :   **Re: Docket Nos. 69**
Macquarie Credit Nexus Master Fund Limited; Taconic      :
Opportunity Master Fund L.P.; Taconic Master Fund 1.5    :
L.P.; T. Rowe Price Associates, Inc.; Mudrick Capital    :
Management, LP.; and John Does #1-50,                    :
                                    :
                    Defendants.     :
------------------------------------x

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's taxpayer identification number, are RS Legacy Corporation (f/k/a/ RadioShack Corporation) (7710); Atlantic Retail Ventures, Inc. (6816); Ignition L.P. (3231); ITC Services, Inc. (1930); Merchandising Support Services, Inc. (4887); RS Legacy Customer Service LLC (f/k/a RadioShack Customer Service LLC) (8866); RS Legacy Global Sourcing Corporation (f/k/a RadioShack Global Sourcing Corporation) (0233); RS Legacy Global Sourcing Limited Partnership (f/k/a RadioShack Global Sourcing Limited Partnership) (8723); RS Legacy Global Sourcing, Inc. (f/k/a RadioShack Global Sourcing, Inc.) (3960); RS Ig Holdings Incorporated (8924); RSIgnite, LLC (0543); SCK, INc. (9220); RS Legacy Finance Corporation (f/k/a Tandy Finance Corporation) (5470); RS Legacy Holdings, Inc. (f/k/a Tandy Holdings Inc.) (1789); RS Legacy International Corporation (f/k/a Tandy International Corporation) (9940); TE Electronics LP (9965); Trade and Save LLC (3850); and TRS Quality, Inc. (5417). The address of each of the Debtors is 300 RadioShack Circle, Fort Worth, Texas 76102.

# CERTIFICATE OF SERVICE

I, Anthony W. Clark, hereby certify that on June 7, 2016, I caused the foregoing *Salus's Designation Of Items To Be Included In The Record On Appeal* to be served, pursuant to Local Bankruptcy Rule 8003-1, on the following parties by first-class U.S. Mail or in the manner indicated:

**Counsel For Bluecrest Multi Strategy Credit Master Fund Limited; DW Catalyst Master Fund Ltd.; Dw Value Master Fund, Ltd.; Saba Capital Management, L.P.; Macquarie Credit Nexus Master Fund Limited; Taconic Opportunity Master Fund L.P.; Taconic Master Fund 1.5 L.P.; T. Rowe Price Associates, Inc.; And Mudrick Capital Management, LP:**

DAVIS POLK & WARDWELL LLP
Damian S. Schaible
Elliot Moskowitz
Michael J. Russano
Darren S. Klein
450 Lexington Avenue
New York, NY 10017
Telephone: (212) 450-4000

- and -

BLANK ROME LLP
Stanley B. Tarr
Victoria Guilfoyle
1201 N. Market Street, Suite 800
Wilmington, DE 19801
Telephone: (302) 425-6400
Facsimile: (302) 425-6464

- and -

Lawrence F. Flick II
Rick Antonoff
Michael Kim
The Chrysler Building
405 Lexington Avenue
New York, NY 10174-0208
Telephone: (212) 885-5000

**Counsel For General Wireless Inc.; Standard General L.P.; General Retail Holdings L.P.; And General Retail Funding LLC:**

DLA PIPER LLP (US)
Kevin D. Finger
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 335-4500

- and -

ROPES & GRAY LLP
Gregg M. Galardi
1211 Avenue of the Americas
New York, NY 10036
Telephone: (212) 596-9000

- and -

DEBEVOISE & PLIMPTON LLP
Richard F. Hahn
M. Natasha Labovitz
Shannon R. Selden
Nick S. Kaluk, III
919 Third Avenue
New York, NY 10022
Telephone: (212) 335-4500

**Counsel For Cantor Fitzgerald Securities LLC:**

NORTON ROSE FULBRIGHT US LLP
H. Stephen Castro
Steve Dollar
666 Fifth Avenue
New York, NY 10103-3198
Telephone: (212) 318-3147
Facsimile: (212) 318-3400

- and -

788575-WILSR01A - MSW

| | |
|---|---|
| POTTER ANDERSON & CORROON LLP<br>Jeremy W. Ryan<br>R. Stephen McNeill<br>1313 North Market Street, Sixth Floor<br>P.O. Box 951<br>Wilmington, DE 19899-0951<br>Telephone: (302) 984-6000 | **Counsel For Litespeed Master Fund Ltd And Litespeed Management L.L.C.:**<br><br>GOODWIN PROCTER LLP<br>Michael B. Goldstein<br>Gregory W. Fox<br>Brian D. Hail<br>The New York Times Building<br>620 Eighth Avenue<br>New York, NY 10018<br>Telephone: (212) 813-8800 |
| **Counsel For The Liquidating Trustee (Interested Party)**:<br><br>COOLEY LLP<br>Jay R. Indyke<br>Cathy Hershcopf<br>1114 Avenue of the Americas<br>New York, NY 10036<br>Telephone: (212) 479-6000 | - and -<br><br>YOUNG, CONAWAY, STARGATT & TAYLOR LLP<br>C. Barr Flinn<br>Kenneth J. Enos<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801<br>Telephone: (302) 571-6600 |
| - and -<br><br>WHITEFORD, TAYLOR & PRESTON LLC<br>Christopher M. Samis<br>L. Katherine Good<br>Chantelle D. McClamb<br>The Renaissance Centre, Suite 500<br>405 N. King Street<br>Wilmington, DE 19801<br>Telephone: (302) 353-4144 | **Office Of The United States Trustee (Interested Party):**<br><br>Office of the United States Trustee<br>Richard L. Schepacarter, Trial Attorney<br>844 King Street, Suite 2207<br>Lockbox 35<br>Wilmington, DE 19801<br>Telephone: (302) 573-6491 |

*/s/ Anthony W. Clark*
Anthony W. Clark