## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| RS LEGACY CORPORATION, *et al.*, | Case No. 15-10197 (BLS) |
| Debtors.[1] | (Jointly Administered) |
| Salus Capital Partners, LLC, in its capacity as Agent, | |
| Plaintiff - Appellant, | C.A. No. 16-387 (LPS) |
| v. | Bankruptcy Case No. 15-10197 (BLS) |
| Standard Wireless Inc.; General Wireless Inc.; Standard General L.P.; General Retail Holdings L.P.; General Retail Funding LLC; Litespeed Master Fund, Ltd.; Litespeed Management, L.L.C.; Cantor Fitzgerald Securities LLC; BlueCrest Multi Strategy Credit Master Fund Limited; DW Catalyst Master Fund, Ltd.; DW Value Master Fund, Ltd.; Saba Capital Management, LP; Macquarie Credit Nexus Master Fund Limited; Taconic Opportunity Master Fund L.P.; Taconic Master Fund 1.5 L.P.; T. Rowe Price Associates, Inc.; Mudrick Capital Management, LP.; and John Does #1-50, | Adversary No. 15-50239 (BLS) |
| Defendants - Appellees. | |

## STIPULATION AND ORDER OF DISMISSAL

Pursuant to Fed. R. Bankr. P. 8023, Appellant SCP Capital Partners, LLC, in its capacity as Agent (the "Appellant") and Appellees Standard Wireless Inc., General Wireless Inc., Standard General L.P., General Retain Holdings L.P., General Retail Funding LLC, Litespeed Master Fund, Ltd., Litespeed Management, L.L.C., Cantor Fitzgerald Securities LLC, BlueCrest Multi Strategy Credit Master Fund Limited, DW Catalyst Master Fund, Ltd., DW Value Master

---

[1] Unless defined herein, capitalized terms shall have the meanings ascribed to them in the First Amended Joint Plan of Liquidation of RS Legacy Corporation and Its Debtor Affiliates [Bankr. Case No. 15-10197 (BLS); Dkt. No. 3067-1] (the "Plan").

Fund, Ltd., Saba Capital Management, LP, Macquarie Credit Nexus Master Fund Limited, Taconic Opportunity Master Fund L.P., Taconic Master Fund 1.5 L.P., T. Rowe Price Associates, Inc., and Mudrick Capital Management, LP (collectively the "Appellees"), by and through their undersigned counsel and subject to approval of the Court, hereby stipulate and agree that Appellant's appeal (C.A. No. 16-387 (LPS)) of the Bankruptcy Court's order granting the Appellees' motions to dismiss (Adv. No. 15-50239 (BLS); Dkt. Nos. 67 and 68), is dismissed with prejudice.  Each party shall bear its own appellate court costs and fees; provided, however, nothing in this Stipulation and Order shall disturb or otherwise affect any cost and/or fee reimbursement claim that may be asserted against the Reserves pursuant to provisions of the GW Going Concern Sale Order or the Plan.

Dated:   June 15, 2016

| | |
|---|---|
| *Counsel to Cantor Fitzgerald Securities LLC, in its capacity as Pre-Petition ABL Agent and DIP Agent* | *Counsel to Standard General* |
| POTTER ANDERSON & CORROON LLP | DLA PIPER LLP (US) |
| */s/ Jeremy W. Ryan* | */s/ Kevin D. Finger* |
| Jeremy W. Ryan (I.D. No. 4057) | Kevin D. Finger, Esquire |
| R. Stephen McNeill (I.D. No. 5210) | 203 N. LaSalle Street |
| 1313 North Market Street, Sixth Floor | Suite 1900 |
| P.O. Box 951 | Chicago, IL 60601 |
| Wilmington, DE 19899-0951 | Tel: (312) 368-4050 |
| Tel: (302) 984-6000 | Fax: (312) 251-5730 |
| | |
| -and- | |
| | |
| NORTON ROSE FULBRIGHT US LLP | |
| H. Stephen Castro, Esquire | |
| Steve Dollar, Esquire | |
| 666 Fifth Avenue | |
| New York, NY 10103 | |
| Tel: (212) 318-3147 | |
| Email: stephen.castro@nortonrosefulbright.com | |

steve.dollar@nortonrosefulbright.com

<table>
<tr><td>

*Counsel to the First Out Lenders*

DAVIS POLK & WARDWELL LLP
Damian S. Schaible, Esquire
Elliot Moskowitz, Esquire
Darren S. Klein, Esquire
450 Lexington Avenue
New York, New York 10017
Tel: (212) 450-4000

-and-

BLANK ROME LLP

*/s/ Stanley B. Tarr*
Stanley B. Tarr (I.D. No. 5535)
Victoria Guilfoyle (I.D. No. 5183)
1201 N. Market Street, Suite 800
Wilmington, DE 19801
Tel: (302) 425-6400

- and -

Lawrence F. Flick II, Esquire
Rick Antonoff, Esquire
Michael Kim, Esquire
The Chrysler Building
405 Lexington Avenue
New York, NY  10174-0208
Tel:  (212) 885-5000

</td><td>

*Counsel to Litespeed Management L.L.C. and Litespeed Master Fund, Ltd. and Affiliates*

YOUNG CONAWAY STARGATT & TAYLOR LLP
C. Barr Flinn (No. 4092)
Kenneth J. Enos (No. 4544)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

-and-

GOODWIN PROCTER LLP

*/s/ Brian D. Hail*
Brian D. Hail, Esquire
The New York Times Building
620 Eighth Avenue
New York, New York 10018
Tel: (212) 813-8800

</td></tr>
</table>

3

*Counsel to Appellant Salus Capital Partners, LLC,*
 *in its capacity as agent for the SCP Lenders*
*and as an SCP Lender*

SKADDEN, ARPS, SLATE, MEAGHER
& FLOM LLP

*/s/ Anthony W. Clark*
Anthony W. Clark (I.D. No. 2015)
Jason M. Liberi (I.D. No. 4425)
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899-0636
Tel: (302) 651-3000

-and-

Jay M. Goffman, Esquire
Mark A. McDermott, Esquire
Four Times Square
New York, New York 10036-6522
Tel: (212) 735-3000

-and-

CHOATE, HALL & STEWART LLP

John F. Ventola, Esquire
Douglas R. Gooding, Esquire
Sean M. Monahan, Esquire
Two International Place
Boston, Massachusetts 02110
Tel: (617) 248-5000

    SO ORDERED this _____ day of _____, 2016

                                               _____
                                               UNITED STATES DISTRICT JUDGE